**Silence Law Group PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024

**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com

**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Melcher, | Case No. 4:25-CV-00157-SHR |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE FOR PLAINTIFF** |
| General Dynamics Information Technology, Inc., | (Hon. Scott H. Rash) |
| Defendant. | |

Trevor Cook notices his entry of appearance as co-counsel for Plaintiff Michael Melcher with lead attorney Jeffrey Silence. Their contact information is as follows:

**Silence Law Group**
20235 N. Cave Creek Rd. Ste. 104 # 460
Phoenix, AZ 85024
Jeffrey Silence
jeff@silencelaw.com
602-932-8358
Trevor Cook
trevor@silencelaw.com
602-932-5868

DATED this 7th day of August, 2025.

**Silence Law Group PLLC**

*/s/ Trevor Cook*
Trevor Cook
*Attorney for Plaintiff*