ALLISON A. FISH (LA Bar No. 36456)
*Admitted pro hac vice*
aaf@kullmanlaw.com
**THE KULLMAN FIRM, PLC**
1100 Poydras Street, Suite 1600
New Orleans, LA 70163
T: (504) 524-4162 | F: (504) 596-4189

HEATHER F. CROW (LA Bar No. 33080)
*Admitted pro hac vice*
hfc@kullmanlaw.com
**THE KULLMAN FIRM, PLC**
2915 Kerry Forest Pkwy, Suite 101
Tallahassee, FL 32309
T: (850) 296-1953 | F: (504) 596-4189

*Attorneys for Defendant*

JEFFREY SILENCE, #029143_____
TREVOR COOK #037952
**SILENCE LAW GROUP, PLLC**
20235 N. Cave Creek Blvd. Ste. 104
Phoenix, AZ 85024
T: (602) 932-8358
jeff@silencelaw.com
trevor@silencelaw.com
.
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL MELCHER,<br><br>    Plaintiff,<br><br>v.<br><br>GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC.,<br><br>    Defendant. | Case No.: 4:25-CV-00157-SHR<br><br>**JOINT NOTICE OF EXPECTED SETTLEMENT AND STIPULATION OF DISMISSAL** |

Plaintiff Michael Melcher and Defendant General Dynamics Information Technology, Inc. (collectively the "Parties") hereby file this Joint Notice of Expected Settlement and Stipulation of Dismissal and in support thereof, state as follows:

The Parties are working to finalize a settlement of this matter and reasonably

believe that the settlement will be effectuated within the next thirty (30) days. As such, the Parties respectfully request that the Court dismiss this matter with prejudice, with each party to bear their own costs and attorneys' fees, thirty (30) days from now (on September 8, 2025) if neither party files notice with the Court that the settlement has not been finalized by that date. The Parties also request that all current deadlines in this matter, including the requirement for the Parties to submit a Joint Case Management Report and the Scheduling Conference set for August 14, 2025, be cancelled in light of the Parties' likely resolution of this matter.

Respectfully submitted this 7th day of August 2025.

| SILENCE LAW GROUP, PLLC | THE KULLMAN FIRM |
|---|---|
| */s/ Jeffrey Silence* with permission<br>JEFFREY SILENCE, #029143<br>**SILENCE LAW GROUP, PLLC**<br>20235 N. Cave Creek Blvd. Ste. 104<br>Phoenix, AZ 85024<br>T: (602) 932-8358<br>jeff@silencelaw.com<br><br>TREVOR COOK #037952<br>**SILENCE LAW GROUP, PLLC**<br>20235 N. Cave Creek Blvd. Ste. 104<br>Phoenix, AZ 85024<br>T: (602) 932-5868<br>trevor@silencelaw.com<br><br>*Attorneys for Plaintiff* | ALLISON A. FISH (LA Bar #36456)<br>*Admitted pro hac vice*<br>**THE KULLMAN FIRM, PLC**<br>1100 Poydras Street, Ste. 1600<br>New Orleans, LA 70163<br>T: (504) 524-4162 \| F: (504) 596-4189<br>aaf@kullmanlaw.com<br><br>HEATHER F. CROW (LA Bar # 33080)<br>*Admitted pro hac vice*<br>**THE KULLMAN FIRM, PLC**<br>2915 Kerry Forest Pkwy, Suite 101<br>Tallahassee, FL 32309<br>T: (850) 296-1953 \| F: (504) 596-4189<br>hfc@kullmanlaw.com<br><br>*Attorneys for Defendant* |