ALLISON A. FISH (LA Bar No. 36456)
*Admitted pro hac vice*
aaf@kullmanlaw.com
**THE KULLMAN FIRM, PLC**
1100 Poydras Street, Suite 1600
New Orleans, LA 70163
Telephone:   (504) 524-4162
Facsimile:    (504) 596-4189

HEATHER F. CROW (LA Bar No. 33080)
*Admitted pro hac vice*
hfc@kullmanlaw.com
**THE KULLMAN FIRM, PLC**
2915 Kerry Forest Pkwy, Suite 101
Tallahassee, FL 32309
T: (850) 296-1953 | F: (504) 596-4189

*Attorneys for Defendant*

JEFFREY SILENCE, #029143_____
TREVOR COOK #037952
**SILENCE LAW GROUP, PLLC**
20235 N. Cave Creek Blvd. Ste. 104
Phoenix, AZ 85024
T: (602) 932-8358
jeff@silencelaw.com
trevor@silencelaw.com
.
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL MELCHER,<br><br>        Plaintiff,<br><br>v.<br><br>GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC., an Arizona Limited Liability Company,<br><br>        Defendant. | Case No.: 4:25-CV-00157-SHR<br><br>**PROPOSED ORDER REGARDING PARTIES' JOINT NOTICE OF EXPECTED SETTLEMENT AND STIPULATION OF DISMISSAL** |

Before the Court is the Parties' Joint Notice of Expected Settlement and Stipulation of Dismissal. Having reviewed the Stipulation, and for good cause shown, the Stipulation is GRANTED.  This matter will, on September 8, 2025, be DISMISSED WITH PREJUDICE, with each party to bear its own costs and

1  attorneys' fees, unless either party files notice with the Court that their settlement
2  has not been finalized by that date. The Scheduling Conference set for August 14,
3  2025, is hereby CANCELLED, along with all other pending deadlines in this matter.