# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Melcher, | No. CV-25-00157-TUC-SHR |
| Plaintiff, | **ORDER** |
| v. | |
| General Dynamics Information Technology Incorporated, | |
| Defendant. | |

Having reviewed the Parties' Joint Notice of Expected Settlement and Stipulation of Dismissal (Doc. 21), and good cause appearing,

**IT IS ORDERED** the Stipulation (Doc. 21) is **GRANTED**. This matter will be **DISMISSED WITH PREJUDICE** on September 8, 2025, with each party to bear its own costs and attorney fees, unless either party files a notice with the Court before that date indicating a settlement has not been finalized. If no party files a notice with the Court by that date, the Clerk of Court shall enter judgment accordingly and close this case.

**IT IS FURTHER ORDERED** the Scheduling Conference set for August 14, 2025, is **VACATED**.

**IT IS FURTHER ORDERED** all other deadlines are **VACATED**.

Dated this 7th day of August, 2025.

Honorable Scott H. Rash
United States District Judge