# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Melcher,<br><br>        Plaintiff,<br><br>v.<br><br>General Dynamics Information Technology Incorporated,<br><br>        Defendant. | NO. CV-25-00157-TUC-SHR<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to the parties' Joint Stipulation of Dismissal with Prejudice and the Court's Order filed on 08/08/2025, this case is DISMISSED WITH PREJUDICE. Each party will bear its own costs and attorneys' fees.

Debra D. Lucas
District Court Executive/Clerk of Court

September 10, 2025

By   s/ Dora L. Valenzuela
       Deputy Clerk